```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
SECURITIES AND EXCHANGE COMMISSION,                                 :
                                                                    :
                                   Plaintiff,                       :   1:23-cv-2205-GHW
                                                                    :
                 -against-                                          :   ORDER
                                                                    :
DARIUS KARPAVICIUS, et al.,                                         :
                                                                    :
                                   Defendants.                      :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

GREGORY H. WOODS, District Judge:

The Court has reviewed Plaintiff's response to the Court's order to show cause, Dkt. No. 25. Plaintiff is directed to submit a proposed order authorizing service by alternative means under Federal Rule of Civil Procedure 4(f)(3) no later than July 25, 2023.

Plaintiff is directed to serve this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: July 19, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge