USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

v.

DARIUS KARPAVICIUS, individually and doing business as TBO CAPITAL GROUP and GRAY CAPITAL GROUP; HMC TRADING, LLC; and HMC MANAGEMENT, LLC,

               Defendants,

and

DK AUTO, LLC,

               Relief Defendant.

Case No. 1:23-cv-2205

## ORDER AUTHORIZING SERVICE BY ALTERNATIVE MEANS

    Plaintiff Securities and Exchange Commission ("SEC") has moved for an order authorizing service of process by alternative means on Defendant Darius Karpavicius.

    The Court has considered the SEC's motion, the Declaration of George Bagnall and the exhibits attached thereto. Based on the foregoing, the Court finds that good cause exists for authorizing alternative service and that the methods proposed by the SEC are reasonably calculated, under all of the circumstances, to apprise Defendant Karpavicius of the pendency of this action and afford him the opportunity to present his defense.

    THEREFORE, IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 4(f)(3), plaintiff shall effect service as follows: within ten (10) days of the entry of this Order, the SEC shall send to Defendant Karpavicius the following documents:

    (1) Complaint;
    (2) Summons;
    (3) this Court's Individual Rules of Practice for Civil Cases;
    (4) this Court's Order scheduling the Initial Pretrial Conference for August 21, 2023 (Dkt. No. 25); and
    (5) this Order

by sending these documents by email to:

    (1) darius@hmcars.com;
    (2) crypto@hmcars.com;
    (3) dariuskarpavicius@protonmail.com;
    (4) dartrading@protonmail.com;
    (5) dariuskarpavicius85@gmail.com; and
    (6) PP71074@protonmail.com.

DATED this 21st day of July, 2023.

It is SO ORDERED.

                                                GREGORY H. WOODS
                                                UNITED STATES DISTRICT JUDGE