UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **DARIUS KARPAVICIUS, individually and doing business as TBO CAPITAL GROUP and GRAY CAPITAL GROUP; HMC TRADING, LLC; and HMC MANAGEMENT, LLC,** <br><br> **Defendants,** <br><br> and <br><br> **DK AUTO, LLC,** <br><br> **Relief Defendant.** | Case No. 1:23-cv-2205 |

### Clerk's Certificate of Default

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 15, 2023, with the filing of a complaint; copies of the Summons and Complaint were served on Defendant Darius Karpavicius on July 24, 2023, and proof of service was filed on August 2, 2023 (Dkt. No. 30). I further certify that the docket entries indicate that Defendant Darius Karpavicius has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant Darius Karpavicius is hereby noted.

RUBY J. KRAJICK
Clerk of Court

By: _____ Deputy Clerk