UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DARIUS KARPAVICIUS, individually and doing business as TBO CAPITAL GROUP and GRAY CAPITAL GROUP; HMC TRADING, LLC; and HMC MANAGEMENT, LLC,<br><br>　　　　　　　Defendants,<br>and<br><br>DK AUTO, LLC,<br>　　　　　　　Relief Defendant. | Case No. 1:23-cv-2205 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff U.S. Securities and Exchange Commission ("SEC") hereby dismisses the pending action without prejudice.

Wherefore, the SEC respectfully requests that the Clerk of Court note that this action is dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE
　　　　　　　　　　　　　　　　　　COMMISSION

　　　　　　　　　　　　　　　　　　　　*/s/ Peter Lallas*
　　　　　　　　　　　　　　　　　　Peter Lallas (PL-2965)
　　　　　　　　　　　　　　　　　　Katherine Stella (KS-1004)
　　　　　　　　　　　　　　　　　　Benjamin Vaughn (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　lallasp@sec.gov
　　　　　　　　　　　　　　　　　　(202) 551-6864
　　　　　　　　　　　　　　　　　　100 F. Street, NE
　　　　　　　　　　　　　　　　　　Washington D.C. 20549